U.S.

v.

Taylor L. JOHNSON

No. 17-0530/AF

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 39016

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Erik J. CARTER

No. 17-0571/AR

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20150592

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Tristan D. NICHOLSON

No. 17-0532/AR

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 20160317

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Marcus C. DANIELS

No. 17-0575/AR

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20140538

DAILY JOURNAL

Petitions for Grant of Review Filed

